AO 91 (Rev. 3/99) Criminal Complaint                                    AUSA MARK MARSHALL

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS
UNITED STATES OF AMERICA

FILED
2011 APR -8 PM 1:58
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

V.

## CRIMINAL COMPLAINT

Alfredo Rodriguez Jaimes
Hispanic/Male, DOB: 09-01-1974

Case Number:

A-11-M-266

I, Clifford Jaeger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 8th, 2011, in Austin, Travis County, in the Western District of Texas, defendant did possess with the intent to distribute Cocaine, a schedule II controlled substance, in violation of Title 21 United States Code, Section 841(a)(1).

I further state that I am a Detective with the Austin Police Department and that this complaint is based on the following facts:

**See Attachment**.

Continued on the attached sheet and made a part hereof:     [X] YES     ☐ NO

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 8th, 2011                                                 Austin, Travis County, Texas
_____   AT   _____
Date                                                              City and State

Andrew Austin, U.S. Magistrate Judge                            _____
_____                                   Signature of Judicial Officer
Name and Title of Judicial Officer

Attachment

The following information is a result of my investigation and information provided to me by other law enforcement sources:

On 04-07-2011, surveillance was set up at a residence located 1003 Warrington Dr., Austin, Travis County, Texas. We were provided information by a cooperating defendant that the residence was linked to both Alfredo Rodriguez Jaimes, Hispanic male, born 09-17-1974, and Blas Rodriguez Jaimes, Hispanic male, born 10-09-1974. Over the last couple of years several federal defendants have provided information that both of the aforementioned subjects were involved in a large scale conspiracy to distribute cocaine and methamphetamine. The information revealed that they both were involved in the distribution of multiple kilos of both drugs.

Working with a cooperating witness we were informed that Alfredo Rodriguez Jaimes would be involved in a multiple kilogram transaction that would occur at the aforementioned residence. Surveillance was set up on the targets, and they were seen driving a maroon Nissan truck bearing Texas license plate 05HMV2. They were observed showing up at the residence, and identified as the occupants of the vehicle. Blas Rodriguez Jaimes was identified as the driver of the vehicle.

Detectives later observed both Alfredo and Blas Jaimes exit the residence, and get back into the aforementioned truck. The truck was followed by Detectives to the area of Dessau/E. Braker La. Both subjects then picked up a subject near the intersection that was walking on foot. The vehicle left the area and drove back to the residence located at 1003 Warrington Dr., Austin, Travis County, Texas. Detectives saw all three subjects go into the residence. A short period of time later Detectives saw Blas Jaimes exit the house and go to the bed of the Nissan truck located just behind the driver's side. The unknown subject that was picked up at the aforementioned intersection then got into the Nissan truck and left the area. The subject was stopped, the vehicle searched, approximately three kilograms of cocaine were found in the bed of the truck just behind the driver's seat. The suspect was taken into custody and identified as Jorge Sanchez-Nieto, Hispanic male, born 08-31-1984. The suspected cocaine was later tested by Detective Flannery, and the test revealed positive results for the presence of cocaine, and an approximate weight of 3000 grams.

Based on the above information, I believe probable cause exists to show that both Blas and Alfredo Jaimes have violated Title 21 United States Code, Section 841 (a)(1) in Austin, Travis County, Western Judicial District of Texas.